AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**SCANNED**

# UNITED STATES DISTRICT COURT
### for the

John Casaburro _____
    *Plaintiff/Petitioner* )

N.Y.C.D.C. 9 , PAINTER'S UNION, )
+ Pension Fund / IUPAT. )
    *Defendant/Respondent* )

19 CV 840

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

    I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

    In support of this application, I answer the following questions under penalty of perjury:

    1. *If incarcerated.* I am being held at:    N/A                .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

    2. *If not incarcerated.* If I am employed, my employer's name and address are: N/A

My gross pay or wages are: $ 1,694.⁰⁰, and my take-home pay or wages are: $ 1,524.⁰⁰ per
*(specify pay period)* Monthly Social Security ck. (Tithe $170)

    3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

    *If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __675.00__ *.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: __Auto 2005 Chysler Sebring $1,500.00__
__Homesteaded home 2Bedrm 1Bath $60,000.00__
__* still have to buy Food, DR's, Gas etc., next__
__Social Security c/k Comes in 11 DAY's.__

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: __TAXes & Insurance For Home $-106; Car__
__Ins. $125; Gas $100-DR's, church, Food shopping, Past office__
__etc; utilities $250; Food $400; Chiro Pratic co-pay $100__
__House hold item's $50; Co-pay meds & other DR's $100; misc-$50__
__Not enough to cover Dental__    Total $1,281
__on chiropraster needs or__     minus $1,524.
__urgent care ←__                  $243.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: __Dental work__
__Due $5,413 - monthly - $500. Endodontic Root canel (2)__
__$1,800; Total $7,213 (min) If I Do not win apped__
__From chiroprator/onthorpedist I could owe $2,000-__
__Plus visit's will go up - min pay $300 per month.__
__(STRESS From the Defendant's helped cause These__
__Problem's__

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __1-22-19__

_____John Casaburro_____
Applicant's signature

_____John Casaburro_____
Printed name

"monthly deficit" - $257 or $557 For Past unpaid
                              chiroprator
                              visits

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2018
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | | Box 2. Beneficiary's Social Security Number |
|---|---|---|
| JOHN CASABURRO | | 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 |

| Box 3. Benefits Paid in 2018 | Box 4. Benefits Repaid to SSA in 2018 | Box 5. Net Benefits for 2018 *(Box 3 minus Box 4)* |
|---|---|---|
| $21,360.00 | NONE | $21,360.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $19,752.00 | NONE |
| Medicare Part B premiums deducted | $1,608.00 | |
| from your benefits | $21,360.00 | |
| Total Additions | $21,360.00 | |
| Benefits for 2018 | | |

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

JOHN CASABURRO
111 KENDRA AVE
DELAND FL 32724-2938

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

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A

Form SSA-1099-SM (1-2019)

DO NOT RETURN THIS FORM TO SSA OR IRS

# DeBary Dental Care

Name — John Casaburro
Birthdate — 10/14/1951
Chart Number — 010029

*(handwritten: crown Rt canel.)*

## .: TREATMENT CASE

Treatment Plan (1restorative)   *(handwritten: Upper Rt)*

| DATE | VISIT | TH | SURF | CODE | PROV | DESCRIPTION | FEE | PAT |
|------|-------|----|----|------|------|-------------|-----|-----|
| 01/09/2019 | 1 | 4 | | D2740 | KBM2 | Crown - porcelain/ceramic | 1384.00 | 1384.00 |
| 01/09/2019 | 1 | 4 | | D3000.2 | KBM2 | Referral Molar Endo | 0.00 | 0.00 |
| | | | | | | Visit 1 Totals: | 1384.00 | 1384.00 |
| 01/09/2019 | 2 | 31 | *(lower Rt)* | D2740 | KBM2 | Crown - porcelain/ceramic | 1384.00 | 1384.00 |
| Notes: | | | w/ crown lenthening | | | *(Had a Rt canal above)* | | |
| 01/09/2019 | 2 | 31 | | D4249 | KBM2 | Clinic crown lengthen-hard tiss | ~~2305.00~~ 921.00 | ~~2305.00~~ 921.00 |
| | | | | | | Visit 2 Totals: | ~~2305.00~~ 1654 | ~~2305.00~~ 1654.00 |
| 01/09/2019 | 3 | 13 *(upper left)* | | D2740 | KBM2 | Crown - porcelain/ceramic *(Had crown)* | 1384.00 | 1384.00 |
| | | | | | | Visit 3 Totals: | 1384.00 | 1384.00 |
| 01/09/2019 | 4 | 19 *(left)* | DOL | D2393 | KBM2 | Resin composite-3s, posterior | 340.00 | 340.00 |
| Notes: | | | trim flash on #19 also. | | | | | |
| | | | | | | Visit 4 Totals: | 340.00 | 340.00 |

*(handwritten left margin: OR, LR, UL, LL)*

| .: INSURANCE PROVIDER(S) :: | | :: TOTALS :: | | | |
|---|---|---|---|---|---|
| Primary | Secondary | Fee 5413.00 | Pat 5413.00 | | |

*(handwritten: 10% courtesy on Group 1, 3 + 4   per Sheri)*

| :: FINANCIAL SUMMARY :: | |
|---|---|
| Treatment Plan Total | 5413.00 |
| Estimated Deductible to be Applied | 0.00 |
| Estimated Insurance Payment | 0.00 |
| Estimated Patient's Portion | 5413.00 |
| Fee Expiration Date | 02/09/2019 |

:: DENTAL INSURANCE BENEFITS ::

| | Patient | | Family | |
|---|---|---|---|---|
| | Primary | Secondary | Primary | Secondary |
| Annual plan benefits | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid Benefits YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Pending Insurance Est. YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Est. Benefits Remaining YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Benefits Expire | NA | NA | | |
| Deductible Owed YTD  Standard | 0.00 | 0.00 | 0.00 | 0.00 |
| Preventative | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |

Alternate Cases:

Case notes:
Insurance benefits are ESTIMATED based upon information from the insurance company. It is not a gaurantee of payment. Patient/Guardian is responsible for amount not paid by insurance. The fees listed above will be valid for up to 30 days.

Patient/Guardian agrees to pay their portion day of treatment. Payment will be made by:

415 Summerhaven Drive
DeBary, FL 32713-2716   PHONE: (386)668-8600

REPORT DATE: 01/09/2019



page 01

Introducing _____

Referring doctor _____ Dr. Phone 386-668-0999

Appointment Date _____ Time _____

Tooth Number or Area _____

Please evaluate for the Following:

☐ Treatment As Necessary          ☐ Consultation Only

☐ Root Canal Treatment            ☐ Please Call Following Examination

☐ Apicoectomy

☐ X-ray Included                  ☐ Provide Post and Build up    ☐ Remove Post

Other _____             ☐ Please Return X-Ray

JOHN CASABUENO
KIRK McDONALD
DR. DeGrood
#4 & 31 ENDODONTICS
⑤

$900 EACH

**Office Address**
190 N. Charles Richard Beall Blvd.
(Hwy. 17-92) Suite 104

**Directions**

I-4 to Exit 111B. Go West until it
dead-ends into Charles Richard
Beall Blvd. (17-92). Do not turn on
Enterprise go thru intersection until
reaching Charles Richard Beall Blvd.
(17-92). Make a left (South) on Charles
Richard Beall Blvd. (17-92). Go 9/10
mile - Make a right onto Florence K
Little Dr. DeBary Professional Center,
Suite 104 on left.



*ORtho pedist?*

**FLORIDA HOSPITAL CARE ADVANTAGE**

*Health First* Health Plans

6450 US Highway 1
Rockledge, Florida 32955
myHFHP.org

4 OF 6 F

ENV 36466

**Important:** This notice explains your right to appeal our decision. Read this notice carefully. If you need help, you can call one of the numbers listed on the last page under "Get help & more information."

## Notice of Denial of Medical Coverage

### Your request was denied.

We've denied the payment of medical services/items listed below requested by you or your doctor:

97035 APPLICATION OF A MODALITY, ULTRASOUND,

98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 TO 4 REGIONS

99203 OFFICE CALL - NEW PATIENT

G0283 ELECTRICAL STIMULATION (UNATTENDED), TO ONE OR MORE AREAS FOR INDICATION

97035 APPLICATION OF A MODALITY, ULTRASOUND,

### Why did we deny your request?

We denied the payment of medical services/items listed above because of a billing error. Updated or additional information from the provider is needed to approve payment for the medical services/item. Payment of your service/item will be made only when it is covered and when you have followed all plan rules.

We denied the payment of medical services/items listed above because the service(s) are excluded from coverage according to your current contract.

*INFO*
*844-*
*522-*
*5278*
*TONi*

*(182470 E04317*
*NeW claim)*

*Rep BL - 355 273*
*1-21-19*

*claims*
*Re-Submitted*

*PROVIDE more*
*INFO BILLING*
*855-882-*
*6467*

P583902800K

**FLORIDA HOSPITAL CARE ADVANTAGE**

*Health First* **Health Plans**

6450 US Highway 1, Rockledge, FL 32955

| | |
|---|---|
| Statement Date: | 01/13/2019 |
| Page: | 1 OF 6 |
| Member Name: | MR JOHN CASABURRO |
| Member ID: | 51102308200 |
| Plan: | Health First Medicare Plans |

**Provider Name: JOHN TIMKO**                   **Claim Number: 182980E10933**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/13/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/13/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/13/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/13/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/10/2018<br>99203 OFFICE CALL - NEW PATIENT | 195.00 | 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06 22 1O |
| Date: 10/10/2018<br>99203 OFFICE CALL - NEW PATIENT | -195.00 | -115.00 | 0.00 | -80.00 | -58.80 | -20.00 | EC 22 1O |
| Claim Totals: | 0.00 | 80.00 | 0.00 | -80.00 | -58.80 | -20.00 | |

**Provider Name: JOHN TIMKO**                   **Claim Number: 183120E10708**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/16/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/16/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/19/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/19/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/23/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/23/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/16/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/16/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/19/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/19/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/23/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |

FLORIDA HOSPITAL CARE ADVANTAGE

*Health First* Health Plans
6450 US Highway 1, Rockledge, FL 32955



| | |
|---|---|
| Statement Date: | 01/13/2019 |
| Page: | 2 OF 6 |
| Member Name: | MR JOHN CASABURRO |
| Member ID: | 51102308200 |
| Plan: | Health First Medicare Plans |

2 OF 6 F

**Provider Name: JOHN TIMKO**  **Claim Number: 183120E10708**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/23/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| **Claim Totals:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Provider Name: JOHN TIMKO**  **Claim Number: 183120E10711**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/27/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/27/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 10/27/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/27/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| **Claim Totals:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Provider Name: JOHN TIMKO**  **Claim Number: 183440E14000**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 11/21/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 11/21/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| **Claim Totals:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Provider Name: JOHN TIMKO**  **Claim Number: 183510E12986**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 11/27/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | WG 52 1O |
| Date: 11/27/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 52 1O |
| Date: 12/03/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | WG 52 1O |
| Date: 12/03/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | -35.00 | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 52 1O |
| Date: 11/27/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |

FLORIDA HOSPITAL
CARE ADVANTAGE

*Health First* Health Plans

6450 US Highway 1, Rockledge, FL 32955

| Statement Date: | 01/13/2019 |
| --- | --- |
| Page: | 3 OF 6 |
| Member Name: | MR JOHN CASABURRO |
| Member ID: | 51102308200 |
| Plan: | Health First Medicare Plans |

3 OF 6 F

ENV 36466



**Provider Name: JOHN TIMKO**  **Claim Number: 183540E09953**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date: 11/05/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |
| Date: 11/09/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |
| Date: 11/09/2018<br>G0283 ELECTRICAL STIMULATION (UNATTENDED), TO | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Claim Totals: | 235.00 | 115.00 | 0.00 | 120.00 | 58.80 | 60.00 | |

**Provider Name: JOHN TIMKO**  **Claim Number: 183540E09955**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date: 11/27/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 12/03/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 11/27/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |
| Date: 12/03/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |
| Claim Totals: | 210.00 | 130.00 | 0.00 | 80.00 | 39.20 | 40.00 | |

**Provider Name: JOHN TIMKO**  **Claim Number: 183540E09957**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date: 10/13/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/13/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | T4 06 22 |
| Date: 10/10/2018<br>99203 OFFICE CALL - NEW PATIENT | 195.00 | 115.00 | 0.00 | 80.00 | 58.80 | 20.00 | T4 06 22 |
| Claim Totals: | 300.00 | 180.00 | 0.00 | 120.00 | 78.40 | 40.00 | |

**Provider Name: JOHN TIMKO**  **Claim Number: 183540E09958**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date: 11/21/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |
| Claim Totals: | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | |

**FLORIDA HOSPITAL CARE ADVANTAGE**

*Health First* **Health Plans**

6450 US Highway 1, Rockledge, FL 32955

| | |
|---|---|
| Statement Date: | 01/13/2019 |
| Page: | 2 OF 6 |
| Member Name: | MR JOHN  CASABURRO |
| Member ID: | 51102308200 |
| Plan: | Health First Medicare Plans |

**Provider Name: JOHN TIMKO**          **Claim Number: 183510E12986**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 11/27/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Date: 12/03/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 12/03/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | -70.00 | -70.00 | 0.00 | 0.00 | 0.00 | 0.00 | EC 1O |
| Claim Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Provider Name: JOHN TIMKO**          **Claim Number: 183540E09951**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/16/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/19/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/23/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/16/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | T4 06 22 |
| Date: 10/19/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | T4 06 22 |
| Date: 10/23/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | T4 06 22 |
| Claim Totals: | 315.00 | 195.00 | 0.00 | 120.00 | 58.80 | 60.00 | |

**Provider Name: JOHN TIMKO**          **Claim Number: 183540E09952**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/27/2018<br>97035 APPLICATION OF A MODALITY, ULTRASOUND, | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52 1O |
| Date: 10/27/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |
| Claim Totals: | 105.00 | 65.00 | 0.00 | 40.00 | 19.60 | 20.00 | |

**Provider Name: JOHN TIMKO**          **Claim Number: 183540E09953**

| DESCRIPTION | CHARGE | DISCOUNT* | OTHER PAID | ALLOWED | HFHP PAID | YOUR SHARE ** | REMARKS |
|---|---|---|---|---|---|---|---|
| Date: 10/31/2018<br>98941 CHIRO MANIPULATIVE TREATMENT; SPINAL 3 T | 70.00 | 30.00 | 0.00 | 40.00 | 19.60 | 20.00 | EC 06 22 |