FILED

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2019 SEP 18 PM 1: 46

DISTRICT COURT
OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| JOHN E. CASABURRO | ) |
| Plaintiff, | ) CIVIL ACTION NO. 6:19-cv-632 |
| -vs- | ) |
| DISTRICT COUNCIL 9 BROTHERHOOD OF PAINTERS AND ALLIED TRADES OFFICE and INTERNATIONAL PAINTERS ~~AND ALLIED TRADES INDUSTRY~~ PENSION FUND (IUPAT) | ) **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I, John E. Casaburro, Plaintiff in the above-captioned matter, stipulate that all claims as to Defendant International Painters and Allied Trades Industry Pension Fund in the above entitled and numbered matter are DISMISSED WITH PREJUDICE subject to the terms and conditions of the Settlement Agreement dated August 13, 2019.

Date: 9-16-19

_John E. Casaburro_
John E. Casaburro, Pro Se