**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN E. CASABURRO,

    Plaintiff,

v.                                        Case No: 6:19-cv-632-Orl-28DCI

DISTRICT COUNCIL 9 BROTHERHOOD
OF PAINTERS AND ALLIED TRADES
OFFICE and INTERNATIONAL
PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND (IUPAT),

    Defendants.

## ORDER

In light of Plaintiff's failure to respond to the Court's September 20, 2019 Order to Show Cause (Doc. 18), the claims against District Council 9 Brotherhood of Painters and Allied Trades Office are dismissed. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on February 3, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Unrepresented Parties